IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR AMEZCUA-REYES, | ) | CV F 03-6734 AWI |
| | ) | (CR F 02-5322 AWI) |
| Petitioner, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | REQUEST FOR EXTENSION |
| | ) | OF TIME |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (28 U.S.C. § 2255) |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

    For good cause shown and in reliance upon Respondent's representation that prejudice to Petitioner is minimal, the court hereby GRANTS Respondent's request for extension of time to file a response to the court's order of October 27, 2005, directing Respondent to show cause why Petitioner's motion for habeas corpus relief pursuant to 28 U.S.C., section 2255 should not be granted.  Respondent shall file and serve a response to the order to show cause not later than February 23, 2006.

IT IS SO ORDERED.

**Dated:     December 12, 2005**            /s/ Anthony W. Ishii
h2ehf                                                        UNITED STATES DISTRICT JUDGE